## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3:11CR015-1 |
| Plaintiff, | : | JUDGE TIMOTHY S. BLACK |
| v. | : | |
| DEMOND JOHNIGAN, | : | |
| Defendant. | : | |

### FINAL ORDER OF FORFEITURE
### OF DEFENDANT DEMOND JOHNIGAN'S ASSETS

WHEREAS, on June 20, 2011, this Court entered a Preliminary Order of Forfeiture, (Doc. 44) ordering the forfeiture, pursuant to 18 U.S.C. §924(d)(1) and 28 U.S.C. §2461(c), of the following subject property:

    a. 9mm semi-automatic Beretta, SN: BER 1358132 and (16) rounds of ammunition;

WHEREAS, the United States published notice of this forfeiture action against the subject property and the intent of the United States to dispose of the property in accordance with law, and further notified all parties of their right to petition the Court for a hearing to adjudicate the validity of their alleged interest in the property, beginning on June 23, 2011 and continuing for at least thirty (30) consecutive days, on the www.forfeiture.gov website; and

WHEREAS, the United States sent direct written notice of the Preliminary Order of Forfeiture to Linda Regansburger in accordance with Rule 32.2 (6)(D) of the Federal Rules of Criminal Procedure; and

WHEREAS, no timely petition has been filed to the property listed above; and

WHEREAS, the Defendant was sentenced and a Judgment was entered on July 28, 2011 and that Judgment ordered the forfeiture of the weapon used in the offenses and seized from the Defendant; and

WHEREAS, the Court finds that defendant had an interest in the property; the United States has established the requisite nexus between the property and the offense; and the United States has established that the property is subject to forfeiture pursuant to 18 U.S.C. §924(d)(1) and 28 U.S.C. §2461(c);

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Preliminary Order of Forfeiture entered in this action on June 20, 2011 (Doc. 44), ordering the forfeiture pursuant to 18 U.S.C. §924(d)(1) and 28 U.S.C. §2461(c), of the following property:

a. 9mm semi-automatic Beretta, SN: BER 1358132 and (16) rounds of ammunition

is final; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the following property:

a. 9mm semi-automatic Beretta, SN: BER 1358132 and (16) rounds of ammunition

is hereby condemned, forfeited and vested in the United States of America and the United States has clear title to the property described above; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the custodian of the property is hereby authorized to dispose of the property in accordance with the law; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Final Order of Forfeiture.

SO ORDERED:

Dated: 10/19/11

*Timothy S. Black*
TIMOTHY S. BLACK
UNITED STATES DISTRICT JUDGE